In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-07-085 CV


NO. 09-07-086 CV


 ______________________



IN THE ESTATE OF FRANK J. HERSEY


and


CYNTHIA HERSEY, Trustee of the Frank J. Hersey Family Trust, JUSTIN
HERSEY and TRAVIS HERSEY, Appellants


V.


ANDREWS KURTH, LLP and MICHAEL B. NEWMAN, in his capacity as
Dependent Administrator of the Estate of Frank J. Hersey, Appellees





On Appeal from the County Court at Law No. 2


Montgomery County, Texas


Trial Cause Nos. 98-17027-P and 01-15925 






MEMORANDUM OPINION


 The appellants, Cynthia Hersey, Trustee of the Frank J. Hersey Family Trust,
Justin Hersey and Travis Hersey filed a motion to dismiss these appeals. The motion is
voluntarily made by the appellants prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion
to dismiss is granted and the appeals are dismissed.

 APPEALS DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 2, 2007

Before Gaultney, Kreger, and Horton, JJ.